# District of Columbia
# Court of Appeals

No. 12-CM-1509



FILED

NOV - 5 2015

DISTRICT OF COLUMBIA
COURT OF APPEALS

JEAN BAPTISTE BADO,

      Appellant,

              DVM1930-11

 v.

UNITED STATES,

      Appellee.

BEFORE: Washington, Chief Judge; Glickman, Fisher*, Blackburne-Rigsby, Thompson*, Beckwith, and Easterly, Associate Judges; and Ruiz*, Senior Judge.

## ORDER

On consideration of appellee's petition for rehearing or rehearing *en banc*, and appellant's response thereto, it is

ORDERED by the merits division* that the petition for rehearing is denied; and it appearing that the majority of the active judges of this court have voted to grant the petition for rehearing *en banc*, it is

FURTHER ORDERED that appellee's petition for rehearing *en banc* is granted and that the opinion and judgment of July 16, 2015, are hereby vacated. It is

FURTHER ORDERED that the Clerk shall schedule this matter for argument before the court sitting *en banc* as soon as the calendar permits. It is

FURTHER ORDERED that the parties shall file new briefs as follows: the appellant's brief shall be filed on or before December 15, 2015, and appellee's brief shall be filed within 30 days thereafter. Appellant may file a reply brief within 21 days after appellee's brief is filed. Each party shall file ten copies of its briefs. These new briefs shall be specifically designed for consideration by and addressed to the *en banc* court and shall supersede all briefs previously filed in this appeal.

              PER CURIAM

Associate Judge McLeese did not participate in this appeal.

No. 12-CM-1509

Copies to:

Honorable Stuart Nash

Director, Criminal Division

Moses Cook, Esquire
Paul V. Renaud, Esquire
DC Law Students in Court
4340 Connecticut Ave., NW, Suite 100
Washington, DC 20008

Alfred D. Carry, Esquire
Moses Cook, Esquire
DC Law Students in Court
616 H Street, NW, Suite 500
Washington, DC 20001

Elizabeth Trosman, Esquire
Assistant United States Attorney

pii